### BRITT v. UNITED STATES.

#### No. 6057.

Circuit Court of Appeals, Sixth Circuit.

June 27, 1932.

George J. Coleman, of Memphis, Tenn., for appellant.

H. C. Murchison, of Jackson, Tenn. (Dwyane D. Maddox, of Memphis, Tenn., on the brief), for the United States.

Before MOORMAN, HICKS, and SIMONS, Circuit Judges.

#### PER CURIAM.

Action was brought upon a policy of war risk insurance. At conclusion of plaintiff's evidence the court below directed a verdict for defendant. The sole question was whether plaintiff became totally and permanently disabled during the life of the policy. He claimed to have become afflicted while in the army with colitis, epilepsy, and tuberculosis. The evidence of the medical witnesses in the face of his work record leaves much for speculation, but interpreting it as the law requires most favorably to the plaintiff, we are not satisfied that it was too unsubstantial to submit to the jury. The plaintiff was discharged from the army because of epilepsy. We assume that upon retrial it will appear by competent evidence whether the epilepsy with which he was afflicted at the time of discharge came upon him during the life of the policy or existed prior to his entry into the army, and whether it was of such type as rendered him totally and permanently disabled; also, whether there was any probable connection between symptoms of tuberculosis claimed to have been discovered while plaintiff was in the army and the incipient tuberculosis with which he was afflicted thirteen years later, and whether colitis alone could have brought about the claimed total and permanent disability.

Judgment is reversed, and the cause remanded for new trial.

### WYNNE, Supervisor of Permits, et al. v. UNION CITY BREWING CO., Inc.

#### No. 4818.

Circuit Court of Appeals, Third Circuit.

June 3, 1932.

Edward C. Dougherty, of Philadelphia, Pa., Joseph Millenson, Sp. Asst. to Atty. Gen., Phillip Forman, U. S. Atty., of Trenton, N. J. and Richard H. Woolsey, of Philadelphia, Pa., for appellants.

Harold Simandl, of Newark, N. J., for appellee.

Before WOOLLEY, DAVIS, and THOMPSON, Circuit Judges.

#### PER CURIAM.

The question in this case being admittedly moot, the appeal is dismissed.